No. 287. UNITED STATES *v.* HUNTINGTON BEACH CO. Court of Claims. Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for the United States. *Fran-*

*cis R. Kirkham* and *Harry R. Horrow* for respondent.